| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kennedy, Anthony M | 2. Court or Organization<br><br>U.S. Supreme Court | 3. Date of Report<br><br>05/08/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>One First Street, N.E.<br>Washington, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | McGeorge School of Law, Univ. of the Pacific |
| 2. Member, Board of Trustees | Colonial Williamsburg Foundation |
| 3. Member | United Nations Commission on the Legal Empowerment of the Poor |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 10 P 2: 59 FINANCIAL DISCLOSURE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M | 05/08/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan 2006 | McGeorge School of Law, Univ.of Pacific (Teaching) | $ 24,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Monthly | California State Teachers Retirement System |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. See Attached | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| | | |
|---|---|---|
| Self | United Nations (Commission for the Legal Empowerment of the Poor) | Jan 20-21: Lodging, food, and transportation from Washington, DC to New New York and return |
| Self & ▆▆▆▆ | University of Hawaii (Teaching at Univ; Teaching at local high school; Speech to Bar Assn; meetings with Judiciary) | Feb 6-10: Lodging and food from Univ. of HI. Transportation Wash., DC to Honolulu and return provided in part by Dwight Management, LLC and in part reimbursed by Univ. of HI |
| Self & ▆▆▆▆ | McGeorge School of Law (Lecture) | Mar 16-17: Lodging, food, and transportation from Washington, DC to Sacramento, CA and return to Washington, DC prorated between Stanford and McGeorge |
| Self & ▆▆▆▆ | Stanford Law School (Lecture) | Mar 17: Lodging, food, and transportation from Washington, DC to Sacramento, Palo Alto, and return to Washington, DC prorated between McGeorge and Stanford |
| Self & ▆▆▆▆ | American Judicature Society (Devitt Committee Meetings) | Apr 10-11: Lodging, food, and transportation from Washington, DC to New York and return |
| Self & ▆▆▆▆ | NYU (Commencement speech; Speech to Board of Trustees dinner) | May 11-12: Lodging, food, and transportation from Washington, DC to New York and return |
| Self & ▆▆▆▆ | Academy of Achievement (Speech and attendance at seminar) | June 1-3: Lodging and food. Transportation from Washington, DC to Los Angeles and return provided in part by Academy of Achievement and in part by Carlyle Group |

| | | |
|---|---|---|
| Self | Ninth Circuit Jud'l Conf. (Speaker – July 10) | July 10: Lodging and food. Transportation from Washington, DC to Los Los Angeles; Salzburg, Austria; and return to Washington, DC prorated between Ninth Circuit Jud'l Conf. and McGeorge School of Law. |
| Self &▮▮▮▮ | McGeorge School of Law (Teaching – July 11-28) | July 11-28: Lodging and food. Transportation from Washington, D.C. to Los Angeles; Salzburg, Austria, and return to Washington, DC prorated between McGeorge School of Law and Ninth Circ. Jud'l Conf. |
| Self &▮▮▮▮ | American Bar Assn. Convention (Speeches and meetings - Honolulu Aug 4-5)<br><br>Guam: Guam Bar Assn. (Speeches and meetings – Aug 5-6)<br><br>Kuala Lumpur, Malaysia: (Sultan Azlan Shah Law Lecture; Meetings with Bench and Bar; Lecture at Univ. of Malaysia; Aug 7-11)<br><br>Dubai: Meetings with Court and Members of Bench and Bar (Aug 12-14)<br><br>London: Visited courts. Stop-over enroute to Washington, DC (Aug 14-17) | Aug 4-17: Lodging and food prorated among ABA, Guam Bar Association, Sultan Azlan Shah, Government of Malaysia, and United States Department of State<br><br>Transportation provided in part by Dwight Management, LLC and in part by reimbursement from American Bar Association. |
| Self &▮▮▮▮ | Stanford University (Forum Discussion) (Oct 14) | Oct 14-20: Lodging, food and transportation from Wash., DC, San Francisco, San Diego, and return to Washington, DC prorated among American Judicature Soc., Stanford, and |

2

| | | |
|---|---|---|
| Self & ███ | Lawyers' Club of San Francisco<br>(Speech – Oct 17) | |
| Self & ███ | American Judicature Society<br>(Speech – Devitt Award in San Diego)<br>(Oct 19) | |
| Self | Harvard Law School<br>(Speech) | Oct 28:  Lodging and food |
| Self | Harvard Law School<br>(Ames Moot Court) | Nov 14:  Lodging, food, and transportation from Washington, DC to Boston and return |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M | 05/08/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Honorary Membership | Del Paso Country Club | $ 2400.0 |
| 2. | Honorary Membership | University Club | $ 1550.0 |
| 3. | Honorary Membership | Washington Golf and Country Club | $ 4000.0 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Cash in Bank of the West | A | Interest | J | T | | | | | |
| 2. Cash in Wells Fargo | A | Interest | J | T | | | | | |
| 3. GE Life & Annuity (universal life policy) | A | Dividend | L | T | | | | | |
| 4. Metropolitan Life Ins. (whole life policy) | A | Dividend | J | T | | | | | |
| 5. New England Life Ins. Co. (whole life policy) | A | Dividend | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M | 05/08/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████████████    Date 5/10/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544